1 | PHILLIP A. TALBERT
United States Attorney
2 | BOBBIE J. MONTOYA
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2775

5 | Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| E. K. WADE, | Case No. 2:17-CV-00004-TLN-AC |
|---|---|
| Plaintiff, | STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT; [proposed] ORDER |
| v. | |
| ELAINE CHAO (former Secretary), WOODY GILLILAND (FORMER Regional Director), DOUG BETTEN (HR Director), WILLIAM SMITHERMAN (Deputy Regional Director), WILLIAM DOYLE (Deputy Director), BOB ROUSE (DOL Security), PAUL CARDENAS (Acting RA-OASAM), ALICE YOUNG (Acting District Director), CHARLES JAMES (Deputy Assistant Secretary), SARAH NELSON (Acting District Director), ROZ ITELSON (RLRO), BONNIE CORLEY (Acting District Director), LOURDES DEVIGAL (HR Specialist), DAWN BREWSTER (HR Specialist), MONICA BEARY (HR Specialist), PAUL CARDENAS (Acting RA-OASAM), MARITA JANIGA (OIG), ALFREDO NODAL (Special Agent in Charge), and DOES 1-100, in their *Individual Capacities*; and the United States | |
| RICHARD (DOE), DONOVAN (DOE), and DOES 1-25 in their *Individual Capacities*; and the United States, | |
| Defendants. | |

Stipulation for Extension of Time for Defendants to Respond to the Complaint; [Proposed] Order

1

Plaintiff E. K. Wade, *in pro se*, and the United States of America, through its undersigned attorneys,[1] hereby agree and STIPULATE that:

1. On January 9, 2017, the United States Attorney's Office received process for the above-captioned civil action. Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, defendants' responsive pleading is due March 10, 2017.

2. The parties to this stipulation agree, subject to the Court's approval, that defendants, to the extent they have been properly served with process, shall have a 30-day extension within which to file their responsive pleading, to wit, on or before April 10, 2017.

3. This is defendants' first extension of time to respond to the complaint.

IT IS SO STIPULATED.

DATED: 3/10/17

*/s/ E. K. Wade*

E. K. WADE

Plaintiff, *In Pro Se*

DATED: 3/10/17

PHILLIP A. TALBERT
United States Attorney

*/s/ Bobbie J. Montoya*

BOBBIE J. MONTOYA
Assistant United States Attorney

Attorneys for United States of America

---

[1] The undersigned counsel is making a special appearance on behalf of defendants, and by so appearing does not waive personal jurisdiction, the service of process requirements of Rule 4(i) of the Federal Rules of Civil Procedure, or any other defenses available to federal defendants in this action.

**ORDER**

Pursuant to the foregoing stipulation between the parties, defendants time to respond to the First Amended Complaint is extended to April 10, 2017.

IT IS SO ORDERED.

DATED: March 13, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE